NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LYNK LABS, INC.,**
*Appellant*

**v.**

**HOME DEPOT U.S.A., INC.,**
*Appellee*

---

2025-1031

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. PGR2023-00016.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Lynk Labs, Inc.'s unopposed motion to dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b)(2),

2                    LYNK LABS, INC. v. HOME DEPOT U.S.A., INC.

IT IS ORDERED THAT:

The motion is granted, and all other pending motions are denied as moot. The appeal is dismissed, and each party shall bear its own costs.

FOR THE COURT

January 28, 2025
        Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE: January 28, 2025